UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENG YANG, | Case No. 07cv0129-H (LSP) |
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO DISMISS COMPLAINT WITH PREJUDICE |
| MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security; ROBERT S. MUELLER, Director, Federal Bureau of Investigation; EMILIO GONZALEZ, Director, U.S. Citizenship and Immigration Services; CHRISTINA POULOS, Acting Director, California Service Center, U.S. Citizenship and Immigration Services; and ALBERTO GONZALES, U.S. Attorney General, | (Docket No. 12) |
| Defendants. | |

Having considered the parties' Joint Motion to Dismiss Complaint with Prejudice (Docket No. 12) and finding the joint motion meritorious, the Court GRANTS the motion and ORDERS that Plaintiff's Complaint is hereby DISMISSED WITH PREJUDICE. All pending motions are denied as moot.

**IT IS SO ORDERED.**

Signed this 11th day of April, 2007,

Honorable Marilyn L. Huff
United States District Judge